**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BRENDA ILEANA HAMM UBEDA,

Petitioner,

v.

TODD M. LYONS, et al.,

Respondents.

Case No. EDCV 26-4700 PA (PVC)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Respondents' statement of no objection to the R. & R. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(1) Respondents are ORDERED to release Petitioner **Brenda Ileana Hamm Ubeda, A Number: 246061371**, unless Petitioner is provided, within seven days of the

entry of this order, with an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a);

(2) Respondents are ORDERED to file a notice of compliance advising how they complied with the District Court's Order within seven days;

(3) the parties are ORDERED to file a joint status report within seven days informing the Court of the outcome of any bond hearing, whether any issues remain, and the parties' positions on whether additional briefing is needed on any remaining issues. If so, the parties shall within the same seven days submit a proposed briefing schedule. If not, Petitioner shall within the same seven days file a motion for voluntary dismissal or the parties shall submit a stipulated judgment.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Petitioner and counsel for Respondents.

DATED: September 2, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE